# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-23-00576-CR
NO. 03-23-00577-CR
NO. 03-23-00578-CR

**Brandon Allen Terrell, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY
NOS. MR2C2004441, MR2C2004442 & MR2C2004443
THE HONORABLE JOHN MICHAEL MISCHTIAN, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Brandon Allen Terrell pleaded no contest to three misdemeanor offenses: possessing more than one currently valid driver's license, *see* Tex. Transp. Code § 521.451(a)(4), driving while intoxicated (DWI), *see* Tex. Penal Code § 49.04(a), and resisting arrest, *see id.* § 38.03(a). The trial court accepted appellant's pleas and sentenced him to 300 days' confinement and a $100 fine, 180 days' confinement and a $500 fine, and 300 days' confinement and a $500 fine, respectively. The court suspended appellant's sentences and placed him on community supervision for 15 months in each case.

Appellant's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeals are frivolous and without merit. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record

demonstrating why there are no arguable grounds to be advanced. *See* 386 U.S. 738, 744 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81–82 (1988). Appellant's counsel has also certified to the Court that she sent copies of the motion and brief to appellant; informed him of his right to examine the appellate record and file a pro se response; and provided him with a motion to assist him in obtaining the record. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744. Appellant filed a pro se response with the Court on May 20, 2024.

We have conducted an independent review of the record, including the record of the plea and sentencing proceedings below, appellate counsel's brief, and appellant's pro se response, and find no reversible error. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We agree with counsel that the record presents no arguably meritorious grounds for review, and the appeals are frivolous.

Counsel's motion to withdraw is granted. The trial court's orders granting community supervision are affirmed.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Affirmed

Filed:  August 22, 2024

Do Not Publish